IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAMON SMITH,

    Plaintiff,

v.

    3:20-CV-00580
    (JUDGE MARIANI)

CLUB EXPLORIA LLC, d/b/a
POCONO MOUNTAIN VILLAS,

    Defendant.

## ORDER

AND NOW, THIS 24th DAY OF SEPTEMBER 2021, for the reasons set forth in this Court's accompanying Memorandum Opinion, upon consideration of Plaintiff's Motion to Compel Non-Party Compliance with Subpoena Pursuant to Federal Rule of Civil Procedure 45 (Doc. 29), **IT IS HEREBY ORDERED THAT:**

1. The Motion to Compel Non-Party Compliance is **DENIED**.

_____
Robert D. Mariani
United States District Judge