IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMON SMITH, | : | No. 3:20cv580 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CLUB EXPLORIA LLC d/b/a POCONO MOUNTAIN VILLAS, | : | |
| | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, to wit, this ___ day of February 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant Club Exploria, LLC d/b/a Pocono Mountain Villas' motion for summary judgment (Doc. 33) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court